UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 25-14235-CIV-MARTINEZ/MAYNARD

THEODORE KEITH GRIFFIN,

    Petitioner/Defendant,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's[1] "Notice of Removal," (ECF No. 1), and Motion for Leave to Proceed *in forma pauperis* ("IFP"), (ECF No. 3). Magistrate Judge Maynard filed an R&R recommending that this case be dismissed under 28 U.S.C. § 1915(g) (the "three strikes rule") and Defendant's IFP motion be denied because Defendant has filed three or more civil actions while incarcerated that were dismissed as frivolous, malicious, or for failure to state a claim. (ECF No. 7.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Maynard's R&R, (ECF No. 7), is **AFFIRMED** and **ADOPTED**. This case is **DISMISSED** pursuant to the three-strikes rule of 28 U.S.C. § 1915(g). The Clerk of Court is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of August, 2025.

Copies provided to:
Theodore Keith Griffin, *pro se*

                JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE

---

[1] The Court refers to the *pro se* litigant, Theodore Keith Griffin, as "Defendant," because he is the Defendant in the state court criminal proceeding he seeks to remove to this Court.